Errol S. Willes, of Fort Pierce, for plaintiff in error.

Cary D. Landis, Atty. Gen., Roy Campbell, Asst. Atty. Gen., and Angus Sumner, State Atty., of Fort Pierce, for the State.

PER CURIAM.

Upon consideration of the entire record in this cause, we are convinced that the ends of justice require a new trial. So the judgment of the circuit court is hereby reversed. See Coker v. State, 83 Fla. 672, 93 So. 176; Howell v. State, 121 Fla. 327, 163 So. 691; Woodward v. State, 113 Fla. 301, 151 So. 509; Pass v. State, 121 Fla. 336, 163 So. 583; Davis v. State, 76 Fla. 179, 79 So. 450.

Reversed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD, and DAVIS, JJ., concur.

**D. C. WILKERSON, Tax Collector, et al., Appellants, v. AIKIN OPEN AIR SCHOOL, Inc., a Florida Corporation, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

Cary D. Landis, Atty. Gen., and John C. Blocker, of St. Petersburg, for appellants.

Thompson, Aikin & Brock, of St. Petersburg, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for appellee.